# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1184

_____

United States of America

*Plaintiff - Appellee*

v.

Mario Johnson, also known as Mario D. Clemons

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: June 29, 2017
Filed: July 12, 2017
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mario Johnson directly appeals after the district court[1] revoked his supervised release and sentenced him to a within-guidelines prison term plus supervised release

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

with special conditions. His counsel has filed a brief arguing that the district court plainly erred in imposing special conditions of supervised release related to treatment programs. In addition, his counsel has moved for leave to withdraw.

Upon careful review, we conclude that the district court did not plainly err in imposing the special conditions of supervised release. *See United States v. Wisecarver*, 644 F.3d 764, 775 (8th Cir. 2011) (explaining that unobjected-to special conditions of supervised release are reviewed for plain error); *see also* 18 U.S.C. § 3583(d) (providing that special release conditions must be reasonably related to 18 U.S.C. § 3553(a) sentencing factors and must involve no greater deprivation of liberty than is reasonably necessary to advance § 3553(a) purposes). Accordingly, we grant counsel leave to withdraw, and we affirm.

_____